## INDEX OF EXHIBITS

**Ex. A:**   Contract of Purchase or Sale

**Ex. B:**   Title and Survey Objection Letter

**Ex. C:**   First Commitment To Contract of Purchase and Sale

**Ex. D:**   August 13, 2021 Email

**Ex. E:**   August 16, 2021 Email

**Ex. F:**   August 16, 2021 Email

**Ex. G:**   Mortgage

**Ex. H:**   Notice of Termination Letter

Open.P0828.P0828.27076762-1