# EXHIBIT D

**From:** Ray Bomya <Ray.Bomya@cjautomotive.com>
**Date:** August 13, 2021 at 1:30:37 PM EDT
**To:** Jonathan Fine <jfine@vantageh.com>
**Cc:** James Webb <jwebb@ikonindustrial.com>
**Subject: RE:**

Jonathan,

We reviewed the most recent proposal and our position remains that this is a late change and we do not accept any changes from the agreement and have now missed the possibility to close as agreed on Monday August 16 as previously agreed.

Ray