# EXHIBIT F

**From:** Jonathan Fine <jfine@vantageh.com>
**Date:** August 16, 2021 at 2:23:00 PM EDT
**To:** Ray Bomya <Ray.Bomya@cjautomotive.com>
**Cc:** Edward Lee <edward.lee@ikoninvestments.com>, James Webb <jwebb@ikonindustrial.com>, Lenny <LD@vantageh.com>, "Goldman, Howard" <HGoldman@plunkettcooney.com>, Anthony Paesano <apaesano@paalawfirm.com>
**Subject: RE: Building Sale**

Ok. I am not sure if you saw but on Friday Howard sent over the closing documents and lease for signature. We are serious about getting this done with you and can come to a solution that works for your needs. At this point, a lot can be lost in translation over an email and I think it would be helpful to have a call between by tomorrow at the latest.

**From:** Ray Bomya <Ray.Bomya@cjautomotive.com>
**Sent:** Monday, August 16, 2021 2:13 PM
**To:** Jonathan Fine <jfine@vantageh.com>
**Subject:** Building Sale

Jonathan,

I saw you tried to call. I am booked heavy today with meetings.

We will need a day or so. We are evaluating what our next steps need to be from the Sweden side.

Regards,

Ray

1