# EXHIBIT H

CJ AUTOMOTIVE INDIANA, LLC
100 Commerce Street
Butler, Indiana 46721

August 18, 2021

*Via email jfine@vantageeh.com*
*And Regular Mail*
Butler Propco LLC
c/o Vantage Holdings Group LLC
Attention: Jonathan Fine
200 Park Avenue, Suite 1700
New York, NY 10166

Re: Notice of Termination

Dear Jonathan:

Pursuant to Section 5.2 of the Contract of Purchase and Sale, as amended, Vantage's failure to timely deliver to CJ Automotive Indiana, LLC ("CJ") written notice of termination during the Inspection Period constitutes termination of the Contract effective immediately. CJ does not intend on making any claims against the Earnest Money Deposit, so CJ has no objection in title releasing the same. Thank you.

Very truly yours,

CJ AUTOMOTIVE INDIANA, LLC

Raymond Bomya

cc:
*Via email hgoldman@plunkettcooney.com*
*And Regular Mail*
Plunkett Cooney PC
Attention: Howard Goldman
38505 Woodward, Suite 100
Bloomfield Hills, MI 48304

*Via email bobpowell@amrock.com*
*And Regular Mail*
Amrock LLC
Attention: Bob Powell
201 West Big Beaver Road, Suite 160
Troy, MI 48084-4169